DAVID METZGER, Respondent, *v.* LIFE ASSOCIATION OF AMERICA
et al., Appellants.

*Metzger* v. *Life Association of America,* 125 App. Div. 921, affirmed.
(Argued May 17, 1909; decided June 1, 1909.)

APPEAL from a judgment entered June 10, 1908, upon an
order of the Appellate Division of the Supreme Court in the
first judicial department, overruling defendants' exceptions
ordered to be heard in the first instance by the Appellate Divi-
sion, denying a motion for a new trial and directing judgment
for plaintiff on the verdict in an action to recover a certain
certificate of stock and damages for its detention.

*Wilson B. Brice* for appellants.

*Frederick F. Neuman* and *James Frank* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HIS-
COCK and CHASE, JJ.   Absent: CULLEN, Ch. J.

---

FRANK C. MCLAIN, Respondent, *v.* HOUSEHOLD SEWING
MACHINE COMPANY, Appellant.

*McLain* v. *Household Sewing Machine Co.,* 122 App. Div. 922, affirmed.
(Argued May 18, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Jan-
uary 4, 1908, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover upon a promissory note.

*Stephen P. Anderton* and *S. Stanwood Menken* for
appellant.

*Samuel H. Ordway* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HIS-
COCK and CHASE, JJ.   Absent: CULLEN, Ch. J.